FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 17 AM 11: 45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 05-301** |
| v. | * | SECTION: "F" |
| **JOSEPH JONES** | * | |

\* \* \*

### ORDER

Considering the foregoing Motion by the United States;

IT IS HEREBY ORDERED that, pursuant to U.S.S.G. § 3E1.1(b), the downward adjustment for this defendant's acceptance of responsibility should the 3 points.

New Orleans, Louisiana, this 17th day of July, 2006

_____
UNITED STATES DISTRICT JUDGE

```
__ Fee_____
__ Process____
X  Dktd_____
   CtRmDep____
__ Doc. No____
```